IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEANNA ADAMS, EUGENE DENEUTTE, COLLIN D. SMITH and BARRY S. WEINER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CARACO PHARMACEUTICAL LABORATORIES, LTD., DANIEL H. MOVENS and MUKUL RATHI,<br><br>    Defendants. | Case No. 2:09-cv-12900 |

## STIPULATION AND ORDER OF DISMISSAL

The parties by their undersigned counsel hereby stipulate and agree to the entry of the Stipulation and Order to dismiss Case No. 2:09-cv-12900 without prejudice.

WHEREAS, Plaintiffs and Defendants have agreed dismiss Case No. 2:09-cv-12900 without prejudice.

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ Dennis J. Levasseur | /s/ S. Thomas Wienner |
| Dennis J. Levasseur (P39778) | S. Thomas Wienner (P29233) |
| BODMAN LLP | Weinner & Gould P.C. |
| *Attorneys for Defendants Caraco Pharmaceutical Laboratories, Ltd. et al.* | *Attorneys for Plaintiff Kevin Koziatek and Liaison Counsel for the Kendall Law Group LLP* |
| 6th Floor at Ford Field | |
| 1901 St. Antoine Street | 950 W. University Drive Suite 350 |
| Detroit, MI 48226 | Rochester , MI 48307 |
| (313) 259-7777 | 248-841-9400 |
| Dated: October 30, 2009 | |

IT IS HEREBY ORDERED that Case No. 2:09-cv-12900 is dismissed without prejudice.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  November 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 9, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522